# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-09-00352-CV

**In re Gus Lee Brite**

## ORIGINAL PROCEEDING FROM TRAVIS COUNTY

## M E M O R A N D U M   O P I N I O N

Relator Gus Lee Brite filed a petition for writ of mandamus. *See* Tex. R. App.

P. 52.8. Based on the record provided, we deny the petition for writ of mandamus.

David Puryear, Justice

Before Justices Puryear, Pemberton and Waldrop

Filed: August 27, 2009